June 8, 2015

Doris Fontenot
14980 Mildale Road
Zachary, LA 70791
Phone 225-654-4392
E-mail dorisnell1949@yahoo.com

FILED IN COURT OF APPEALS
12th Court of Appeals District
JUN 11 2015
TYLER, TEXAS
CATHY S. LUSK, CLERK

Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, TX 75702


In the Matter of the Marriage of
Jimmie Fontenot and Doris Fontenot
Case Number 12-15-00110-CV
Trial Court Case Number 14-1726-E

1- Rule governing this request is 25.1 (f)
10.1 (a)          9.5 (a)(b) (c) (d)(e)

2- Grounds for Motion - On April 27, 2015
I received notice that my Notice of
Appeal was not complete. I read
the Rules again and discovered
that I had not mailed it Certified
RRR to Smith County Courthouse. I took
care of this May 21, 2015 and
I believed that my Notice of
Appeal was complete. I now
realize that I should have
included a Certification of Service.

3- I am requesting a motion for
leave to file an amended
Notice of Appeal.

4) I received notice of my appeal
being dismissed due to incorrect
notice of appeal June 3, 2015

Doris Fontenot

Certification of Service:

June 8, 2015 - mailed Certified
Return Receipt Requested

1) Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, TX 75702

2) Smith County Courthouse
100 N. Broadway
Tyler, TX 75702

3) Jimmie Fontenot
18864 Peachtree Lane
Lindale, TX 75771

Doris Fontenot
Doris Fontenot